ANTHONY T. GARASI, ESQ.
Nevada State Bar No. 11134
MADELINE M. ARCELLANA, ESQ.
Nevada State Bar No. 13816
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
agarasi@bremerwhyte.com
marcellana@bremerwhyte.com

Attorneys for Defendant,
Robertino Sazdov

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON MITCHELL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERTINO SAZDOV, an individual; EAN HOLDINGS, LLC, a foreign limited liability company dba Enterprise Rent-A-Car; DOES I through XV; DOE EMPLOYEES I through X, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 20-cv-2246 <br><br> **DEFENDANT ROBERTINO SAZDOV'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |

**TO: THE UNITED STATES DISTRICT COURT FOR DISTRICT OF NEVADA:**

PLEASE TAKE NOTICE that DEFENDANT ROBERTINO SAZDOV hereby removes the state action entitled "BRANDON MITCHELL, individually vs. ROBERTINO SAZDOV, EAN HOLDINGS, LLC dba Enterprise Rent-A-Car, DOES I-XV, DOE EMPLOYEES I-X, and ROE CORPORATIONS I-X," Case No. A-20-814493-C filed in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark to this Court.

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1800.378 4810-4319-5859.1

The grounds for removal are based on diversity jurisdiction pursuant to 28 USCS § 1332, as follows:

1. The residences of all three named parties are diverse:
   a) Plaintiff resides in Nevada;
   b) Defendant EAN Holdings, LLC is a Delaware corporation; and
   c) Defendant Sazdov is a foreign national residing in the Republic of North Macedonia.
2. The amount in controversy exceeds $75,000.00, as Plaintiff has alleged more than $55,114.78 in medical specials, with more than $53,000.00 from the night of the accident alone (for the ambulance and UMC emergency room care).
3. The request is timely submitted as Mr. Sazdov was served with Summons and Complaint on November 13, 2020.

Dated: December 11, 2020

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Anthony T. Garasi, Esq.
Nevada State Bar No. 11134
Madeline M. Arcellana, Esq.
Nevada State Bar No. 13816
*Attorneys for Defendant Robertino Sazdov*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1800.378 4810-4319-5859.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December 2020, a true and correct copy of the foregoing document was electronically delivered to CM/ECF for filing and service upon all electronic service list recipients and was served via U.S. Mail upon all parties listed below.

Jared R. Richards, Esq.
Nevada Bar No. 11254
Dustin E. Birch, Esq.
Nevada Bar No. 10517
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89012

CHRISTOPHER M. KELLER, ESQ.
Nevada State Bar No. 007399
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134

_____
Danielle Alvarado, an employee of
BREMER WHYTE BROWN &
O'MEARA, LLP

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1800.378 4810-4319-5859.1