MARTIN M. MELENDREZ, ESQ.
Nevada bar No. 7818
CHRISTOPHER M. KELLER, ESQ.
Nevada State Bar No. 007399
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ckeller@hawkinsmelendrez.com
*Attorneys for EAN Holdings, LLC.*

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON MITCHELL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTINO SAZDOV, an individual; EAN HOLDINGS, LLC; a foreign limited liability company dba Enterprise Rent-A-Car; DOES I through XV, DOE EMPLOYEES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:20-cv02246-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL AS TO EAN HOLDINGS, LLC., ONLY, WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and between the parties, Defendant EAN HOLDING, LLC, dba Enterprise Rent-A-Car by and through its attorneys of record, Christopher M. Keller, Esq. of the law office of Hawkins Melendrez, P.C.; Plaintiff BRANDON MITCHELL, by and through his attorneys of records, Dustin E. Birch, Esq. of Clear Counsel Law Group; and

1

Defendant ROBERTINO SAZDOV, by and through his attorney of record, Anthony T. Garasi, Esq. and Madeline M. Arcellana, Esq. of Bremer Whyte Brown & O'Meara LLP, that all claims against EAN HOLDINGS, LLC. dba Enterprise Rent-A-Car, ONLY, be dismissed without prejudice;

IT IS FURTHER STIPULATED and AGREED that each party to bear their own attorney's fees and costs.

DATED this 23rd day of March 2021.            DATED this 19th day of March 2021.

**HAWKINS MELENDREZ, P.C.**                   **CLEAR COUNSEL LAW GROUP**

BY: */s/ Martin I. Melendrez*                 By: */s/ Dustin E/ Birch*
MARTIN M. MELENDREZ, ESQ.                     DUSTIN E. BIRCH, ESQ.
Nevada bar No. 7818                           Nevada Bar No. 10517
CHRISTOPHER M. KELLER, ESQ.                   1671 W. Horizon Ridge Pkwy, Suite 200
Nevada Bar No. 007399                         Las Vegas, Nevada 89102
9555 Hillwood Drive, Suite 150                *Attorneys for Plaintiff*
Las Vegas, Nevada 89134
*Attorneys for EAN Holdings, LLC.*

DATED this 19th day of March 2021.

**BREMER WHYTE BROWN & O'MEARA**

By:*/s/ Madeline M. Arcellana*
ANTHONY T. GARASI, ESQ.
Nevada Bar No. 11134
MADELINE M. ARCELLANA, ESQ.
Nevada Bar No. 13816
1160 Town Center Drive, Suite 250
Las Vegas, NV 89144
*Attorneys for Defendant Roberto Sazdov*

## ORDER FOR DISMISS WITH PREJUDICE

Upon the stipulation of counsel for the dismissal of Defendant EAN HOLDINGS, LLC., **only**, in the above-entitled action, *Brandon Mitchell vs. Robertino Sazdov, et al.,* Case No. 2:20-cv-02246-RFB-BNW and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants EAN HOLDINGS, **only**, be dismissed without prejudice, and each party to bear their own attorney's fees and costs.

DATED this 26th day of March, 2021.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

2