Jared Richards, Esq.
Nevada Bar No. 11254
Dustin E. Birch, Esq.
Nevada Bar No. 10517
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Ste 200
Henderson, Nevada 89102
Telephone No.: (702) 476-5900
Facsimile No.: (702) 924-0709
jared@clearcounsel.com
dustin@clearcounsel.com
*Attorneys for Plaintiff Brandon Mitchell*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON MITCHELL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTINO SAZDOV, an individual; EAN HOLDINGS, LLC, a foreign limited liability company dba Enterprise Rent-A-Car; DOES I through XV; DOE EMPLOYEES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-02246-RFB-BNW |

### **STIPULATION AND ORDER TO PERMIT PLAINTIFF TO FILE AN AMENDED COMPLAINT**

IT IS HEREBY STIPULATED, by and between Plaintiff, BRANDON MITCHELL, through his attorneys, Jared R. Richards, Esq. and Dustin E. Birch, Esq. of Clear Counsel Law Group, and Defendant ROBERTINO SAZDOV, by and through his attorneys Madeline M. Arcellana, Esq. and Laura Rios, Esq. of Bremer Whyte Brown & O'Meara, LLP, that Plaintiff hereby be allowed to file his First Amended Complaint. A copy of the First Amended Complaint is attached hereto as **Exhibit 1.**

There will be no prejudice to any party, as no new parties are being added, discovery is still open, and no new claims are being made. Rather, Plaintiff's allegations and causes of action are clarified by the First Amended Complaint.

Dated this 28th day of December 2021.

CLEAR COUNSEL LAW GROUP

/s/ Dustin E. Birch

Dustin E. Birch, Esq.
Nevada Bar. No. 10517
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV  89012
*Attorneys for Plaintiff/Counter-Defendant Brandon Mitchell*

Dated this 28th day of December 2021.

BREMER WHYTE BROWN & O'MEARA

/s/ Laura Rios

Anthony Garasi, Esq.
Nevada Bar No. 11134
Madeline M. Arcellana, Esq.
Nevada Bar No. 13816
Laura Rios, Esq.
Nevada Bar No. 15990
1160 Town Center Drive, Suite 250
Las Vegas, NV  89144
*Attorneys for Defendant Robertino Sazdov*

## ORDER

IT IS ORDERED that ECF No. 36 is GRANTED. The Clerk of Court is kindly directed to detach and separately file Exhibit 1 as the First Amended Complaint.

**IT IS SO ORDERED**

**DATED:** 12:58 pm, December 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -