MADELINE M. ARCELLANA, ESQ.
Nevada State Bar No. 13816
LAURA E. RIOS, ESQ.
Nevada State Bar No. 15990
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
marcellana@bremerwhyte.com
lrios@bremerwhyte.com

Attorneys for Defendant,
Robertino Sazdov

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON MITCHELL, an individual, | Case No. 2:20-cv-02246-RFB-BNW |
| Plaintiff, | **NOTICE OF CHANGE OF HANDLING ATTORNEY WITHIN-FIRM** |
| vs. | |
| ROBERTINO SAZDOV, an individual, | |
| Defendants. | |

TO: ALL INTERESTED PARTIES; and

TO: ALL COUNSEL OF RECORD:

Please take notice of the change of within-firm representation of the above-referenced Defendant: Anthony T. Garasi, Esq. has previously made an appearance in the above-entitled action, and he is no longer associated with this case.  Madeline M. Arcellana, Esq. is replacing Anthony T. Garasi, Esq. as the attorney of record for the above-referenced Defendant

/ / /

/ / /

and will be the attorney of record from this day forward.

Dated: June 7, 2023

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Madeline M. Arcellana, Esq.
Nevada State Bar No. 13816
Laura E. Rios, Esq.
Nevada State Bar No. 15990
Attorneys for Defendant
Robertino Sazdov

**ORDER**

**IT IS SO ORDERED**

**DATED:** 7:45 am, June 08, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2023, a true and correct copy of this document was served upon all parties by depositing in the United States Postal Mail, First-Class postage, addressed as follows:

Jared R. Richards, Esq.
Dustin E. Birch, Esq.
Clear Counsel Law Group
1671 W. Horizon Ridge Pkwy, Ste. 200
Henderson, NV 89012
*Attorneys for Plaintiffs*

/s/ *Brad Williams*
Brad Williams

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive

2

1800.378  4858-9357-7831.1