1  MADELINE M. ARCELLANA, ESQ.
   Nevada State Bar No. 13816
2  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
3  SUITE 250
   LAS VEGAS, NV 89144
4  TELEPHONE:  (702) 258-6665
   FACSIMILE:   (702) 258-6662
5  marcellana@bremerwhyte.com

6  Attorneys for Defendant,
   Robertino Sazdov

7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

11 BRANDON MITCHELL, an individual,    )   Case No. 2:20-cv-02246-RFB-BNW
                                       )
12            Plaintiff,               )   **STIPULATION AND ORDER TO**
                                       )   **DISMISS WITH PREJUDICE**
13       vs.                           )
                                       )
14 ROBERTINO SAZDOV, an individual;    )
   DOES I through XV; DOE EMPLOYEES    )
15 I through X, and ROE CORPORATIONS   )
   I through X, inclusive,,            )
16                                     )
              Defendants.              )
17 _____)

18       COMES NOW Plaintiff BRANDON MITCHELL ("Plaintiff") and Defendant ROBERTINO

19 SAZDOV ("Defendant"), by and through their undersigned counsels of record, and hereby stipulate

20 as follows:

21                        **STIPULATION**

22       IT IS HEREBY STIPULATED that all of Plaintiff's claims for relief asserted against

23 Defendant in the operative Complaint on file in Case No. 2:20-cv-02246-RFB-BNW are to be

24 dismissed with prejudice;

25       IT IS FURTHER STIPULATED each party agrees to bear its own fees and costs;

26 ///

27 ///

28 ///

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1800.378  4926-8473-6779.1

*Mitchell v. Sazdov*
Case No. 2:20-cv-02246-RFB-BNW

IT IS FURTHER STIPULATED that the Trial and all related hearings are to be vacated.

Dated: ___3/25/25___          Dated: ___3/25/25___

By: _____          By: _____
Scott A. Flinders, Esq. Bar No. 6975          Madeline M. Arcellana, Esq., Bar No. 13816
**CLEAR COUNSEL LAW GROUP**          **BREMER WHYTE BROWN & O'MEARA LLP**
*Attorneys for Plaintiff*          *Attorneys for Defendant*

**IT IS SO ORDERED.**

**DATED**: this 25th day of March, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted:

**BREMER WHYTE BROWN & O'MEARA LLP**

_____
Madeline M. Arcellana, Esq., Bar No. 13816
*Attorneys for Defendant*

BREMER WHYTE BROWN &
O'MEARA LLP
1100 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1800.378  4926-8473-6779.1